IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS, JR.,

       Plaintiff,                No. CIV S-07-1477 GEB GGH P

    vs.

STATE OF CALIFORNIA, et al.,

       Defendants.       <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 20, 2007, defendants removed this action from state court. Defendants move the court to screen the complaint.  Good cause appearing, this request is granted.  28 U.S.C. § 1915(e)(2)(notwithstanding the payment of any filing fee, court may dismiss case at any time if it determines that it fails to state claim upon which relief may be granted or is frivolous or malicious).

       Plaintiff appears to argue that he was improperly found unsuitable for parole.  In particular, plaintiff claims that the members of the hearing panel improperly found that he required additional therapy.  It is not clear whom plaintiff intends to name as defendants.  The type of relief plaintiff seeks is also unclear.

/////

1

1    A claim that plaintiff would have been found suitable for parole had defendants

2    not found that he required therapy should be raised in a petition for writ of habeas corpus

3    pursuant to 28 U.S.C. § 2254.

4    Because the nature of this action is not clear, the complaint is dismissed with

5    leave to amend.  If plaintiff is arguing that he should have been found suitable for parole, he

6    should file a separate habeas corpus action.  If plaintiff is raising claims that are appropriately

7    raised in a civil rights action, he should prepare his complaint on the form provided by the court.

8    The complaint need only contain a *short* and *plain* statement of the claims. Fed. R. Civ. P. 8.

9    Accordingly, IT IS HEREBY ORDERED that:

10    1.  Defendants' July 20, 2007, motion for the court to screen the complaint is

11    granted;

12    2.  The complaint is dismissed with thirty days to file an amended complaint;

13    failure to file an amended complaint within that time will result in a recommendation of

14    dismissal of this action;

15    3. The Clerk of the Court is directed to send plaintiff the form for a civil rights

16    action.

17    DATED: 8/3/07                                    /s/ Gregory G. Hollows

18                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE

19

20    dav1477.or

21

22

23

24

25

26

2