IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS, JR.,

       Plaintiff,                    No. CIV S-07-1477 GEB GGH P

   vs.

STATE OF CALIFORNIA, et al.,

       Defendants.          ORDER

_____/

      On July 20, 2007, defendants removed this action from state court. On August 3, 2007, the court dismissed the complaint with thirty days to file an amended complaint. On August 10, 2007, plaintiff filed a document titled "Amended Complaint." This document contains two short paragraphs in which plaintiff states that he did not file a civil rights complaint. Plaintiff appears to dispute the removal of this action.

      A motion to remand is the proper procedure for challenging removal. See N. Cal. Dist. Council of Laborers v. Pittsburgh-Des Moines Steel Co., 69 F.3d 1034, 1038 (9th Cir. 1995). If plaintiff seeks to challenge the removal of this action, he must file a motion to remand. Plaintiff is cautioned that a motion to remand will most likely be denied because his complaint alleges violation of his constitutional rights. See Complaint, pp. 8-9 alleging due process violations; 28 U.S.C. § 1441(an action filed in state court may be removed to federal court if the

1

1  federal court would have had original subject-matter jurisdiction over the action).

2  Although labeled "amended complaint," plaintiff's August 10, 2007, document is
3  not truly an amended complaint.  Accordingly, plaintiff is granted twenty days from the date of
4  this order to file a proper amended complaint.

5  On September 4, 2007, plaintiff filed a motion for an extension of time to file an
6  application to proceed in forma pauperis.  Defendants paid the filing fee when they removed this
7  action.  For this reason, plaintiff is not required to file an in forma pauperis application.

8  Accordingly, IT IS HEREBY ORDERED that:

9  1. The amended complaint filed August 10, 2007, is disregarded; plaintiff is
10 granted twenty days from the date of this order to file an amended complaint; failure to comply
11 with this order will result in the recommendation of dismissal of this action;

12 2. Plaintiff's September 4, 2007, motion for extension of time is denied as
13 unnecessary.

DATED: 9/10/07                              /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

dav1477.ord