IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS, JR.,

        Plaintiff,                    No. CIV S-07-1477 GEB GGH P

   vs.

STATE OF CALIFORNIA, et al.,

        Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        On May 16, 2008, defendants, who had not formally appeared until now, filed a motion to dismiss on grounds that plaintiff is deceased. Good cause appearing, the motion to dismiss should be granted. Fed. R. Civ. P. 25(a).

        Accordingly, IT IS HEREBY RECOMMENDED that defendants' May 16, 2008, motion to dismiss be granted.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised

1 that failure to file objections within the specified time may waive the right to appeal the District
2 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: 08/12/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

8 davis.dis